**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cosme MALDONADO–CERNA,**
**Defendant–Appellant.**

**No. 04–2652.**

United States Court of Appeals,
Seventh Circuit.

Feb. 3, 2006.

Patrick F. McGovern, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Richard H. Parsons, Office of the Federal Public Defender, Peoria, IL, Retha Stotts, Office of the Federal Public Defender, Urbana, IL, for Defendant–Appellant.

Before Hon. WILLIAM J. BAUER, Hon. JOHN L. COFFEY, and Hon. DANIEL A. MANION, Circuit Judges.

**ORDER**

Cosme Maldonado–Cerna was sentenced to 77 months in prison for illegal reentry of the United States as an aggravated felon, *see* 8 U.S.C. § 1326(a), (b)(2). He appealed, arguing that the district court plainly erred by sentencing him under the formerly mandatory regime. *See United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); *United States v. Paladino,* 401 F.3d 471, 481 (7th Cir. 2005). We remanded to ask whether the judge would have imposed a lesser sentence had he known that the guidelines were advisory, *see Paladino,* 401 F.3d at 483–84. He answered that he would. Consequently, we VACATE Maldonado–Cerna's sentence and REMAND for resentencing.